UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| MICHAEL JONES, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 2:14-cv-01667 |
| | : | |
| U.S. DEPARTMENT OF EDUCATION; | : | |
| ARNE DUNCAN; | : | |
| PENNSYLVANIA DEPARTMENT OF LABOR | : | |
| & INDUSTRY; | : | |
| OFFICE OF VOCATIONAL REHABILITATION; | : | |
| BUREAU OF BLINDNESS AND VISUAL | : | |
| SERVICES, | : | |
| | : | |
| Defendants. | : | |

_____

**O R D E R**

**AND NOW**, this 16th day of February, 2017, upon consideration of Plaintiff's Emergency Motion, ECF No. 49, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that Plaintiff's Motion, ECF No. 49, is **DENIED**.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge